## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF SAINT CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, PETULA ALEXANDER, and DINORAH WILLIAMS, | ) CASE NO. _____ <br> ) <br> ) ACTION FOR DAMAGES <br> ) |
| Plaintiffs, | ) JURY TRIAL DEMANDED <br> ) |
| -v- | ) <br> ) |
| STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES, | ) <br> ) REMOVAL <br> ) <br> ) SUPERIOR CT OF THE V.I. <br> ) SX-20-CV-0609 <br> ) |
| Defendants. | ) <br> ) |

### NOTICE OF REMOVAL
### BY STEADFAST INSURANCE COMPANY

TO: **GLENDA L. LAKE, ESQUIRE**
Clerk of the District Court
5500 Veterans Drive - Suite310
St. Thomas, VI  00802-6424

**ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that STEADFAST INSURANCE COMPANY hereby removes this action from the Superior Court of the Virgin Islands to the District Court of the Virgin Islands.

### BACKGROUND AND CITIZENSHIP OF PARTIES

1. On July 2, 2020, an action was commenced in the Superior Court of the Virgin Islands, Division of Saint Croix, captioned as above, *Constance Alexander, et al., vs. Steadfast Ins. Co.,* as Case Number *SX-20-CV-0609*. A copy of the *Complaint* is attached here as **Exhibit 1**.

*Constance Alexander, et al. v. Steadfast Ins. Co., et al.*
Notice of Removal by Steadfast Insurance Company
Page 2

2. On July 28, 2020, Steadfast Insurance Company was served with a copy of that complaint, along with a Summons requiring it to answer the complaint in the Superior Court of the Virgin Islands. A copy of the *Summons* is attached here as **Exhibit 2.**

3. Plaintiffs are citizens and residents of St. Croix, U.S. Virgin Islands. *Complaint,* **Ex. 1**, ¶ 2.

4. Defendant Steadfast Insurance Company ("Steadfast") is a Delaware corporation. *Id.,* ¶ 3.

5. Defendant Clarendon American Insurance Company ("Clarendon") is a New York corporation. *Id.,* ¶ 4.

6. Defendant CRC SCU f/k/a Crump Ins. Services ("CRC SCU") is a Texas corporation. *Id.,* ¶ 6.

7. Defendant Deep South Surplus of Texas, L.P. ("Deep South") was formerly a Texas Limited Partnership but was voluntarily terminated as an entity in 2014. A copy of their corporate status was previously submitted in a related matter (from the Texas Secretary of State is attached as **Exhibit 3**.

### GROUNDS FOR REMOVAL – DIVERSITY OF CITIZENSHIP

8. This action is a civil action of which this Court has original jurisdiction under U.S.C. § 1332(a), and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. § 1441(a).

9. As demonstrated above, complete diversity exists between the parties, which are citizens of different states.

*Constance Alexander, et al. v. Steadfast Ins. Co., et al.*
Notice of Removal by Steadfast Insurance Company
Page 3

10. As to the amount in controversy, this matter involves a consent judgment in the amount of $1,000,000.00. *Complaint,* **Ex. 1,** ¶ 21.

11. Removal is timely in that this *Notice* is filed within 30 days of service of the initial pleading.

12. Upon information and belief, Defendant Clarendon has not yet been served with process in this matter but they have consented to removal through counsel. Their statement of consent is attached here as **Exhibit 4**.

13. Upon information and belief, Defendant CRC SCU was served on August 5, 2020, but has not yet appeared in the Superior Court action. They have consented to removal through counsel. Their statement of consent is attached here as **Exhibit 5**.

ACCORDINGLY, Defendant Steadfast hereby removes this action from the Superior Court of the Virgin Islands, Division of Saint Croix, to the District Court of the Virgin Islands, Division of Saint Croix, for such further proceeding as dictated by the Laws of the United States, the Rules, and Orders of this Court.

Respectfully submitted,

DATED: August 12, 2020

/s/ W. Mark Wilczynski
W. MARK WILCZYNSKI, ESQUIRE
Law Office of W. Mark Wilczynski, P.C.
Attorney for: **Steadfast Insurance Company**
Palm Passage, Ste. C20-22 – PO Box 1150
St. Thomas, Virgin Islands 00804-1150
Tel: (340) 774-4547
Fax: (340) 774-4759
*mark@usvilaw.com*
V.I. Bar No. 515

*Constance Alexander, et al. v. Steadfast Ins. Co., et al.*
Notice of Removal by Steadfast Insurance Company
Page 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, August 12, 2020, I electronically filed the foregoing **NOTICE OF REMOVAL BY STEADFAST INSURANCE COMPANY** with the Clerk of the Court using the CM/ECF System, which will send notification of such file (NEF) to all parties of record. In addition, I caused a copy of the filing to be served upon the following parties by U.S. Mail and electronic mail:

| **Lee J. Rohn, Esq** | **Robert J. Kuczynski, Esq.** | **Andrew C Simpson** |
|---|---|---|
| Lee Rohn & Associates | Beckstedt & Associates | Law Offices of Andrew Simpson |
| 1101 Kings Street | 2162 Church Street | 2191 Church Street Suite 5 |
| Christiansted, VI 00820 | Christiansted, VI 00820 | Christiansted, VI 00820 |
| *lee@rohnlaw.com* | *robb@beckstedtlaw.com* | *asimpson@coralbrief.com* |
| **Plaintiffs** | **CRC SCU** | **Clarendon Am. Ins. Co.** |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ W. Mark Wilczynski