DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| CONSTANCE ALEXANDER, *et al.,* | : | |
| **Plaintiffs** | : | CIVIL ACTION NO. 1:20-38 |
| v. | : | (MANNION, J.) |
| | | (HENDERSON, M.J.) |
| STEADFAST INSURANCE COMPANY (STEADFAST), *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

The above-captioned matter has been re-assigned to the undersigned for all further proceedings and referred to Magistrate Judge Henderson. Currently pending in the matter are: (1) a motion to dismiss for lack of prosecution or, in the alternative, to transfer (Doc. 55); (2) a motion for evidentiary hearing on the motion to dismiss or, in the alternative, to transfer (Doc. 64); and (3) two motions to stay discovery pending disposition of the motion to dismiss or, in the alternative, to transfer (Docs. 87, 93).

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

**(1)** All pending and future non-dispositive pre-trial matters are referred to Judge Henderson for final disposition.

- 2 -

**(2)** All pending and future dispositive matters are referred to Judge Henderson for preparation of a report and recommendation.

*signature*

MALACHY E. MANNION
United States District Judge

**DATED: February 7, 2023**
20-38-01