# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

**CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,**

        Plaintiffs,

v.

**STEADFAST INSURANCE CO., DEEP SOUTH SURPLUS OF TEXAS, and CRC SCU f/k/a CRUMP INS. SERVICES,**

        Defendants.

1:20-cv-00038-MEM-EAH

**TO:**    Lee J. Rohn, Esq.
        Jennifer Sue Koockogey, Esq.
           *For Plaintiffs*
        Mark Wilczynski, Esq.
           *For Steadfast Ins. Co.*
        Robert J. Kuczynski, Esq.
        David S. Hendrix, Esq.
        Veronica Andrea Meza, Esq.
           *For CRC SCU*

## ORDER

**THIS MATTER** comes before the Court on the Motion and Memorandum in Support for Evidentiary Hearing, filed by Defendant CRC SCU f/k/a Crump. Ins. Services ("CRC"). Dkt. No. 64. In its motion, CRC explains that the District Court had ordered that the parties take limited jurisdictional discovery concerning CRC's motion to dismiss based on an alleged lack of personal jurisdiction. *Id.* Based on that discovery, certain material facts were in dispute, although Plaintiffs believed that there was enough evidence in the record to deny the motion and an evidentiary hearing was not necessary. *Id.*

Subsequently, this Court filed a Report and Recommendation in which it recommended granting CRC's motion to dismiss for lack of personal jurisdiction. Dkt. No. 96. The Court referred to the motion for an evidentiary hearing in passing. It stated that the documents and deposition testimony produced during jurisdictional discovery showed no disputed facts to warrant an evidentiary hearing. Plaintiffs' contention that CRC knew that the insured entity had operations in the Virgin Islands when the policy at issue was procured was simply "unsupported argument." *Id.* at 21.

Having recommended that CRC's motion to dismiss be granted without the necessity of holding an evidentiary hearing, *id.*, the Court will deny CRC's motion for an evidentiary hearing as moot.

Accordingly, it is hereby **ORDERED** that CRC's Motion for an Evidentiary Hearing, Dkt. No. 64, is **DENIED AS MOOT**.

ENTER:

Dated: March 6, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE