IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CASE NO. 1:20-CV-38<br><br><br><br>JURY TRIAL DEMANDED |

**ORDER**

**THIS MATTER** having come before the Court on Plaintiffs' OBJECTION TO MAGISTRATE JUDGE'S PROPOSED FINDINGS, RECOMMENDATION OR REPORT PURSUANT TO LRCP 72.3 dated  and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiffs' Objection is **SUSTAINED**, and further;

**ORDERED** that Magistrate Judge Emile A. Henderson III's Report and Recommendation [ECF Doc. 96] granting Defendant CRC SCU's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue to Texas [ECF Doc. 55, 56] is **VACATED**.

**SO ORDERED** this _____ day of _____ 2023.

_____
Honorable Judge Malachy E. Mannion
of the District Court