**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CASE NO. 1:20-CV-38<br><br><br>JURY TRIAL DEMANDED |

**ORDER**

**THIS MATTER** having come before the Court on Plaintiffs' OBJECTION AND APPEAL OF MAGISTRATE'S ORDER STAYING DISCOVERY dated March 14, 2023 and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiffs' Objection is **SUSTAINED** and the March 7, 2023, Order Staying Discovery [ECF No. 97] is **VACATED**.

**SO ORDERED** this _____ day of _____ 2023.

_____
Honorable Judge Malachy E. Mannion
of the District Court