| | |
|---|---|
| **From:** | Jennifer Koockogey-Lajoie |
| **To:** | Robert Kuczynski |
| **Cc:** | Susan Ackerman |
| **Subject:** | RE: Codrington/Alexander-- Reply to Opposition re: Motion to Dismiss |
| **Date:** | Thursday, May 19, 2022 8:25:23 AM |

**EXTERNAL EMAIL**

Good Morning:

I would like my position noted in your request as follows:

Plaintiff's position is that there is enough evidence in the record to deny the motion and the expense of an evidentiary hearing is unnecessary.

*Jennifer S. Koockogey-Lajoie, Esq.*

Lee J. Rohn and Associates

1108 King Street

Third Floor

Christiansted, VI 00820

(340) 778-8855-phone

(340)-773-2954-fax

*"Let us rise up and be thankful, for if we didn't learn a lot today, at least we learned a little, and if we didn't learn a little, at least we didn't get sick, and if we got sick, at least we didn't die; so, let us all be thankful."-Gautama Buddha*

---

**From:** Robert Kuczynski <Robb@beckstedtlaw.com>
**Sent:** May 18, 2022 4:33 PM
**To:** Jennifer Koockogey-Lajoie <jennifer@rohnlaw.com>
**Cc:** Susan Ackerman <susan@rohnlaw.com>
**Subject:** RE: Codrington/Alexander-- Reply to Opposition re: Motion to Dismiss

Hi Jennifer,

We are going to file a motion to request an evidentiary hearing on our pending motions to dismiss for lack of personal jurisdiction in *Codrington* and *Alexander*.  Pursuant to the local rules, I'm writing to see if you oppose the request.   Again, we are filing a motion to request that the Court hold an evidentiary hearing over our pending motions to dismiss once they have been fully briefed.  Please let me know your positions.

Thanks,

Robb

---

**From:** Jennifer Koockogey-Lajoie <jennifer@rohnlaw.com>


EXHIBIT A

**Sent:** Thursday, May 5, 2022 11:12 AM
**To:** Robert Kuczynski <Robb@beckstedtlaw.com>
**Cc:** Susan Ackerman <susan@rohnlaw.com>
**Subject:** RE: Codrington/Alexander-- Reply to Opposition re: Motion to Dismiss

EXTERNAL EMAIL

Yes no problem.

---

**From:** Robert Kuczynski <Robb@beckstedtlaw.com>
**Sent:** May 5, 2022 11:09 AM
**To:** Jennifer Koockogey-Lajoie <jennifer@rohnlaw.com>
**Cc:** Susan Ackerman <susan@rohnlaw.com>
**Subject:** Codrington/Alexander-- Reply to Opposition re: Motion to Dismiss
**Importance:** High

Good Morning Jennifer,

Can we get a 10 day extension until May 20 to file our reply to your oppositions in the *Codrington* and *Alexander* cases?  Thank you for your anticipated courtesies.

Robb J. Kuczynski
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, VI  00820-4604

Email:   robb@beckstedtlaw.com
Tel:      340-719-8086, Ext. 206
Fax:     800-886-6831
Cell:    340-227-8523