# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CASE NO. 1:20-CV-38<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT CRC'S RESPONSE TO PLAINTIFFS' OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION

**COME NOW** Plaintiffs, by and through undersigned counsel, and moves this Court pursuant to Fed. R. Civ. P. 6(b)(1)(A), for a 14-day extension of time up to and including April 11, 2022, to oppose Defendant CRC's Response to Plaintiffs' Objection to Magistrate's Report and Recommendation.

Pursuant to Fed. R. Civ. P. 6(b),

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (a)   with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> (b)   on motion made after the time has expired if the party failed to act because of excusable neglect

*See* Fed. R. Civ. P. 6(b)(1)(A).

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.
Plaintiffs' Motion for Extension of Time to File Reply to Defendant CRC's Response to Plaintiff's' Objection to Magistrate's Report and Recommendation
Page 2

Plaintiffs' Reply is due March 28, 2022; therefore, this extension is not being filed after the expiration of the date to respond and may be granted for good cause. This Court has held that "[g]ood cause is understood to mean [a] legally sufficient reason and it reflects the burden placed on a litigant [] to show why a request should be granted or an action excused." *Clarke v. Marriott Int'l, Inc.*, No. CIVILACTION2008086, 2012 WL 2285188, at *2 (D.V.I. June 18, 2012)(internal quotations omitted). Furthermore, "[t]he good cause inquiry focuses on the moving party's duty to show due diligence." *Id.*(citing *Race Tires Am., Inc. v. Hoosier Racing Tire Corp.*, 614 F.3d 57, 84 (3d Cir. 2010)(internal quotations omitted).

Plaintiffs seek an extension for good cause because Plaintiffs' counsel was recently involved in an animal attack that necessitated some time away from her office. As such, Plaintiffs require a brief extension to provide a competent response to the arguments raised in Defendant's Response. Defendant will not be prejudiced by this short delay and has agreed to the extension. Counsel for Defendant CRC was contacted and has no objection to the request for extension.

**WHEREFORE**, based on the foregoing, Plaintiffs respectfully request that this Court **GRANT** the 14-day extension until April 11, 2023, to file the Reply to the Response to Plaintiffs' Objection to the Report and Recommendation dated March 9, 2023.

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.
Plaintiffs' Motion for Extension of Time to File Reply to Defendant CRC's Response to Plaintiff's' Objection to Magistrate's Report and Recommendation
Page 3

                                                                         RESPECTFULLY SUBMITTED
                                                                          LEE J. ROHN AND ASSOCIATES, LLC
                                                                          Attorneys for Plaintiff

DATED: March 27, 2023                   BY:   /s/ *Jennifer S. Koockogey-Lajoie*
                                                                        Jennifer S. Koockogey-Lajoie, Esq.
                                                                          VI Bar No. R2068
                                                                          1108 King Street, Suite 3 (mailing)
                                                                          56 King Street, Third Floor (physical)
                                                                          Christiansted, St. Croix
                                                                          U.S. Virgin Islands 00820
                                                                          Telephone: (340) 778-8855
                                                                          jennifer@rohnlaw.com

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.
Plaintiffs' Motion for Extension of Time to File Reply to Defendant CRC's Response to Plaintiff's' Objection to Magistrate's Report and Recommendation
Page 4

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on March 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

David Hendrix, Esq.
Gray Robinson, P.A.
401 E. Jackson Street, Ste. 2700
Tampa, FL  33602
Email Address: david.hendrix@gray-robinson.com
    Attorney For: CRC SCU f/k/a Crump Ins Services

Robert Kuczynski, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, VI  00820
Email Address: robb@BeckstedtLaw.com; maureen@beckstedtlaw.com
    Attorney For: CRC SCU f/k/a Crump Ins Services

W. Mark Wilczynski, Esquire
Law Office of W. Mark Wilczynski, P.C.
Palm Passage Suites C20-22
P.O. Box 1150
St. Thomas, VI  00804
Email  Address:  mwilczynski@usvilaw.com;  sanyale@usvilaw.com; justin@usvilaw.com
    Attorney For: Steadfast Insurance Company (Steadfast)


BY:   /s/ *Jennifer S. Koockogey-Lajoie*     (jk)

**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CASE NO. 1:20-CV-38<br><br><br><br><br><br>JURY TRIAL DEMANDED |

**ORDER**

**THIS MATTER** having come before the Court on Plaintiffs' Motion for Extension of Time to file Reply to Defendant CRC'S Response to Plaintiff's' Objection to Magistrate's Report and Recommendation dated March 27, 2023, and the Court having been advised in its premises, it is;

**ORDERED t**hat Plaintiff's Motion is **GRANTED**, and further;

**SO ORDERED** this _____ day of _____ 2023.

_____
The Honorable Judge Malachy A. Manion
of the District Court of the Virgin Islands