IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CASE NO. 1:20-CV-38<br><br><br><br>JURY TRIAL DEMANDED |

**ORDER**

**THIS MATTER** having come before the Court on Plaintiffs' Motion for Extension of Time to file Reply to Defendant CRC'S Response to Plaintiff's' Objection to Magistrate's Report and Recommendation dated March 27, 2023, and the Court having been advised in its premises, it is;

**ORDERED t**hat Plaintiff's Motion is **GRANTED**, and further;

**SO ORDERED** this _____ day of _____ 2023.

_____
The Honorable Judge Malachy A. Manion
of the District Court of the Virgin Islands