DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CONSTANCE ALEXANDER,** *et al.,* | : | |
| **Plaintiffs** | : | CIVIL ACTION NO. 1:20-38 |
| v. | : | (MANNION, J.) |
| | | (HENDERSON, M.J.) |
| **STEADFAST INSURANCE COMPANY (STEADFAST),** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Pending before the court is the plaintiffs' motion for extension of time to file a reply to the defendant's response to the plaintiffs' objections to the magistrate judge's report and recommendation. (Doc. 104). **IT IS HEREBY ORDERED THAT:** the plaintiffs' motion **(Doc. 104)** is **DENIED**. The court finds no further briefing is necessary.

*Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 28, 2023**
20-38-02