**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CONSTANCE ALEXANDER**, *et al.*, | : | |
| **Plaintiffs** | : | CIVIL ACTION NO. 1:20-38 |
| v. | : | **(MANNION, J.)** |
| | | **(HENDERSON, M.J.)** |
| **STEADFAST INSURANCE COMPANY (STEADFAST)**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The plaintiffs' objections to the report and recommendation of Judge Henderson **(Doc. 99)** are **OVERRULED**.

(2) The report and recommendation of Judge Henderson **(Doc. 96)** is **ADOPTED IN ITS ENTIRETY** as the decision of the court.

(3) Defendant CRC's renewed motion to dismiss for lack of personal jurisdiction **(Doc. 55)** is **GRANTED.**

(4) CRC is hereby **DISMISSED** from this action.

- 2 -

**(5)** The instant action is **REMANDED** to Judge Henderson for all further pre-trial matters.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 31, 2023**
20-38-02-ORDER