## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CASE NO. 1:20-CV-38<br><br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF NO OBJECTION TO DEFENDANT STEADFAST'S MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND JURY TRIAL

**COME NOW** Plaintiffs, by and through the undersigned counsel, and give this Court notice that they have no objection to Defendant Steadfast's Motion to Continue Final Pretrial Conference and Jury Trial. [Doc. No. 107] Further, Plaintiffs believe that a new scheduling order should be issued and allow the parties to proceed to discovery on the

merits.

RESPECTFULLY SUBMITTED

LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

DATED:  April 13, 2023

BY:   /s/ *Jennifer S. Koockogey-Lajoie*
Jennifer S. Koockogey-Lajoie, Esq.
VI Bar No. R2068
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.
**NOTICE OF FILING**
Page 2

                 Telephone: (340) 778-8855
                 **jennifer@rohnlaw.com**

# **CERTIFICATE OF SERVICE**

  **THIS IS TO CERTIFY** that on April 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

David Hendrix, Esq.
GrayRobinson, P.A.
401 E. Jackson Street, Ste. 2700
Tampa, FL  33602
Email Address: david.hendrix@gray-robinson.com
  Attorney For: CRC SCU f/k/a Crump Ins Services

Robert Kuczynski, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, VI  00820
Email Address: robb@BeckstedtLaw.com; maureen@beckstedtlaw.com
  Attorney For: CRC SCU f/k/a Crump Ins Services

W. Mark Wilczynski, Esquire
Law Office of W. Mark Wilczynski, P.C.
Palm Passage Suites C20-22
P.O. Box 1150
St. Thomas, VI  00804
Email Address: mwilczynski@usvilaw.com;  sanyale@usvilaw.com; justin@usvilaw.com
  Attorney For: Steadfast Insurance Company (Steadfast)

            BY:  /s/ *Jennifer S. Koockogey-Lajoie*  (mb)