IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES, <br><br> Defendants. | CASE NO. 1:20-CV-38 <br><br><br> <u>JURY TRIAL DEMANDED</u> |

## <u>NOTICE OF SERVICE OF PLAINTIFFS' VOLUNTARY DISCLOSURES PURSUANT TO RULE 26</u>

**PLEASE TAKE NOTICE** that Plaintiffs, by and through undersigned counsel of record, have filed their Voluntary Disclosures Pursuant to Rule 26, and that said Disclosures were served upon the Defendant in the original.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

DATED: April 25, 2023

BY: /s/ *Jennifer S. Koockogey-Lajoie*
Jennifer S. Koockogey-Lajoie, Esq.
VI Bar No. R2068
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
jennifer@rohnlaw.com

LEE J, ROHN AND ASSOCIATES, LLC
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**ALEXANDER, CONSTANCE, ET. AL. V. STEADFAST INSURANCE COMPANY, ET. AL.**
**CASE NO. 1:20-CV-38**
**NOTICE OF SERVICE OF PLAINTIFF'S VOLUNTARY DISCLOSURES PURSUANT TO RULE 26**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on April 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

W. Mark Wilczynski, Esquire
Law Office of Mark Wilczynski, P.C.
Palm Passage Suites C20-22
P.O. Box 1150
St. Thomas, VI  00804
Email Address: mwilczynski@usvilaw.com
    Attorney For: Steadfast Insurance Company (Steadfast)

BY:  /s/ *Jennifer S. Koockogey-Lajoie*