IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF SAINT CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,         )<br>)<br>)<br>)<br>Plaintiffs,                                                                                  )<br>)<br>STEADFAST INSURANCE COMPANY                               )<br>(STEADFAST), CLARENDON AMERICAN             )<br>INSURANCE COMPANY (CLARENDON),              )<br>DEEP SOUTH SURPLUS OF TEXAS, L.P.,             )<br>and CRC SCU f/k/a CRUMP INS. SERVICES,         )<br>)<br>Defendants.                                                                                 )<br>) | CIVIL NO.: 1:20-CV-00038-MEM-EAH |

**JOINT MOTION TO APPEAR EITHER BY ZOOM OR TELEPHONICALLY**

**Plaintiffs and Defendant Steadfast Insurance Company**, by and through their respective undersigned counsel, file this Joint Motion to attend the June 2, 2023, Status Conference remotely by video or telephone and Show this Honorable Court as follows:

On April 19, 2023, undersigned counsels received a copy of an Order signed by this Court scheduling a status conference for June 2, 2023. However, Counsel for both parties are scheduled to be off island conducting business remotely in separate matters. As such, Counsel will not be available on island for the scheduled hearing due to conflicting schedules.

**WHEREFORE**, Plaintiffs and Defendant respectfully request this Honorable Court **GRANT** this motion and allow Plaintiffs and Defendant Steadfast Insurance Company to attend the June 2, 2023, Status Conference via video conference or telephonically.

*Alexander v. Steadfast Insurance Co.*
*Civil No. 1:20-CV-00038-MEM-EAH*
Joint Motion to Appear Either by Zoom or Telephonically
Page 2

                              Respectfully submitted,

                              LEE J. ROHN AND ASSOCIATES, LLC
                              Attorneys for Plaintiffs

DATED: May 9, 2023                  __*/s/ Jennifer S. Koockogey-Lajoie*_____
                              **JENNIFER S. KOOCKOGEY-LAJOIE, ESQUIRE**
                              1108 King Street, Suite 3 (Mailing)
                              56 King Street, Third Floor (Physical)
                              Christiansted, St. Croix
                              U.S. Virgin Islands 00820
                              Tel: (340) 778-8855
                              Email: jennifer@rohnlaw.com
                              V.I. Bar No. R2068


                              LAW OFFICE OF W. MARK WILCZYNSKI, P.C.
                              Attorney for Steadfast Insurance Company

DATED:  May 9, 2023                 __*/s/ W. Mark Wilczynski*_____
                              **W. MARK WILCZYNSKI, ESQ.**
                              **JUSTIN T. CROCKER, ESQ.**
                              48 Kongens Gade (a/k/a Education Street)
                              PO Box 1150
                              St. Thomas, Virgin Islands 00804-1150
                              Tel: (340) 774-4547
                              Email: Mark@usvilaw.com
                              V.I. Bar No. 515
                              V.I. Bar No. R2091