IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF SAINT CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER, <br><br> Plaintiffs, <br><br> STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES, <br><br> Defendants. | CIVIL NO.: 1:20-CV-00038-MEM-EAH |

## JOINT NOTICE OF FILING PROPOSED ORDER

**Plaintiffs and Defendant Steadfast Insurance Company**, by and through their respective undersigned counsels, hereby notifies the Court of the filing of the Proposed Order to its Joint Motion to Either by Zoom or Telephonically filed May 9, 2023 (DE #116).

Respectfully submitted,

LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

DATED: May 10, 2023      __/s/ Jennifer S. Koockogey-Lajoie____
**JENNIFER S. KOOCKOGEY-LAJOIE, ESQUIRE**
1108 King Street, Suite 3 (Mailing)
56 King Street, Third Floor (Physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Tel: (340) 778-8855
Email: jennifer@rohnlaw.com
V.I. Bar No. R2068

*Alexander v. Steadfast Insurance Co.*
*Civil No. 1:20-CV-00038-MEM-EAH*
Notice of Filing Proposed Order
Page 2

                                                LAW OFFICE OF W. MARK WILCZYNSKI, P.C.
                                                Attorney for Steadfast Insurance Company

DATED:  May 10, 2023           */s/ W. Mark Wilczynski*
                                                  **W. MARK WILCZYNSKI, ESQ.**
                                                  **JUSTIN T. CROCKER, ESQ.**
                                                  48 Kongens Gade (a/k/a Education Street)
                                                  PO Box 1150
                                                  St. Thomas, Virgin Islands 00804-1150
                                                  Tel: (340) 774-4547
                                                  Email: Mark@usvilaw.com
                                                  V.I. Bar No. 515
                                                  V.I. Bar No. R2091