IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF SAINT CROIX

| | |
|---|---|
| **CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,** <br><br> Plaintiffs, <br><br> **STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,** <br><br> Defendants. | ) ) ) ) ) **CIVIL NO.: 1:20-CV-00038-MEM-EAH** ) ) ) ) ) ) ) ) |

## ORDER

**THIS MATTER** having come before the Court on Parties Joint Motion to Appear Either by Zoom or Telephonically dated May 9, 2023, and the Court having been advised in its premises, it is

**ORDERED** that Parties Joint Motion to Appear Either by Zoom or Telephonically is **GRANTED**, and further

**ORDERED** that the Clerk of the Court will provide remote access information to Parties prior to the hearing.

**SO ORDERED** this _____ day of _____, 2023

_____
Judge of the District Court