## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| JAMES CODRINGTON, as Assignee of the rights of Crosstech VI, Inc., TOM CROSSLAND, EDWIN CORREA,<br><br>        Plaintiffs,<br><br>  v.<br><br>STEADFAST INSURANCE COMPANY, DEEP SOUTH SURPLUS OF TEXAS,<br><br>        Defendants.<br>_____ | 1:19-cv-00026-MEM-EAH |
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,<br><br>        Plaintiffs,<br><br>  v.<br><br>STEADFAST INSURANCE CO., DEEP SOUTH SURPLUS OF TEXAS,<br><br>        Defendants.<br>_____ | 1:20-cv-00038-MEM-EAH |

**TO:**     **Lee J. Rohn, Esq.**
            **Jennifer Sue Koockogey, Esq.**
                *For Plaintiffs*
            **Mark Wilczynski, Esq.**
                *For Steadfast Ins. Co.*

## ORDER GRANTING JOINT MOTION TO APPEAR REMOTELY

**THIS MATTER** comes before the Court on the motion by counsel for Plaintiffs and Defendant in both of these cases to attend the June 2, 2023 Initial Conference Remotely. Dkt. No. 208 in *Codrington v. Steadfast Ins. Co.*; Dkt. No. 116 in *Alexander v. Steadfast Ins. Co*. In the

*Codrington v. Steadfast Insurance Co.*
1:19-cv-00026-MEM-EAH
*Alexander v. Steadfast Insurance Co.*
1:20-cv-00038-MEM-EAH
Order
Page 2

April 2023 Order setting the Initial Conference, the Court directed counsel to appear in person.

The attorneys state that are both scheduled to be off-island on business on the date of the June 2, 2023 Initial Conference, and therefore will not be available to appear in person. They request to be permitted to attend the Initial Conference either by "Zoom" or telephonically.

Having considered the motion, this Court will grant it and allow counsel to appear at the June 2, 2023 Initial Conference by videoconference.

Accordingly, it is now hereby **ORDERED:**

1. The joint motion by counsel to attend the June 2, 2023 Initial Conference remotely, Dkt. No. 208 in *Codrington v. Steadfast Ins. Co.*, Dkt. No. 116 in *Alexander v. Steadfast Ins. Co.*, is **GRANTED**.

2. The Clerk of Court shall provide the attorneys with the videoconference dial-in information.

ENTER:

Dated: May 10, 2023                    /s/ Emile A. Henderson III
                                       EMILE A. HENDERSON III
                                       U.S. MAGISTRATE JUDGE