IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, *et al.* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEADFAST INSURANCE COMPANY, )<br>*et al.*, )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 1:20-CV-00038<br><br>JURY TRIAL DEMANDED |

### SCHEDULING ORDER

**THIS MATTER** is before the Court on the **REPORT ON PARTIES' RULE 26(f) CONFERENCE**. It is;

**ORDERED** that the parties adhere to the following schedule:

1. **Initial Disclosures.** The parties have exchanged initial disclosures pursuant to Rule 26(a)(1), no later than **June 30, 2023.**

2. **Motions to Amend Pleadings and Joinder of Parties.**

    a. The parties agree that any additional parties shall be joined by, **July 31, 2023**; and

    b. All motions for leave to amend pleadings shall be filed by **October 31, 2023**.

3. Fact discovery shall be completed by **November 30, 2023**.

4. Expert discovery shall be completed by **April 30, 2024**.

    a) Plaintiffs shall disclose expert witnesses and produce expert reports by **January 15, 2024.**

    b) Defendants shall disclose expert witnesses and produce expert reports by **March 1, 2024**.

Codrington, James, et. al. v. Arch Specialty Insurance Company, et. al.
CIVIL NO: 1:20-CV-00038
Scheduling Order

    c) Experts disclosed pursuant to (i) and (ii) above shall be deposed by **April 15, 2024.**

5. **Pre-Trial Deadlines:**

    a) *Pre-Trial Motions (Other than Motions in Limine).* All pre-trial motions (other than Motions in Limine), including dispositive motions and motions to exclude expert testimony, shall be filed by **June 30, 2024**.

6. **Trial Date and Length of Trial**:

    b) *Trial Date.* The earliest this case reasonably can be expected to be ready for trial is **September 1, 2024**. The parties estimate that the length of time to try this case to verdict, including the selection of a jury, is **5** days.

7. *Referral to Mediation.* The parties agree to mediate this matter on or before **December 15, 2023.**

All previously ordered dates are hereby **VACATED**.

    **SO ORDERED** this _____ day of _____, 2023.

                                                 **JUDGE**
                                   District Court of the Virgin Islands

**ATTEST:**

**CLERK OF THE COURT**

By:_____
    Deputy Clerk

Date:_____

Distribution List:

Jennifer S. Koockogey-Lajoie, Esq.

W. Mark Wilczynski, Esq.