# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER, | |
| Plaintiffs, | 1:20-cv-00038-MEM-EAH |
| v. | |
| STEADFAST INSURANCE CO. and DEEP SOUTH SURPLUS OF TEXAS, | |
| Defendants. | |
| JAMES CODRINGTON, as Assignee of the rights of Crosstech VI, Inc., TOM CROSSLAND, EDWIN CORREA, | |
| Plaintiffs, | 1:19-cv-00026-MEM-EAH |
| v. | |
| STEADFAST INSURANCE CO. and DEEP SOUTH SURPLUS OF TEXAS, | |
| Defendants. | |

TO:   Lee J. Rohn, Esq.
      Jennifer Sue Koockogey, Esq.
           *For Plaintiffs*
      Mark Wilczynski, Esq.
      Justin Crocker, Esq.
           *For Steadfast Ins. Co.*

## SCHEDULING ORDER

**THESE MATTERS** came before the Court on an initial conference in both cases on June 2, 2023. Jennifer Sue Koockogey-Lajoie, Esq. appeared on behalf of the Plaintiffs and Justin Crocker, Esq. appeared on behalf of the Defendant, Steadfast Insurance Company.

*Codrington v. Steadfast; Alexander v. Steadfast*
1:19—cv-00026-MEM-EAH; 1:20-cv-00038-MEM-EAH
Scheduling Order
Page 2

The Court determined the deadlines that would govern both cases, which have been consolidated for purposes of discovery. Upon consideration of the Plaintiffs' and Steadfast's Discovery Memorandum, Report on Parties' Rule 26(f) Conference and Proposed Scheduling Plan, filed in both cases, and the June 2, 2023 colloquy, the Court enters the following schedule to which the parties shall adhere and by which the proceedings in the above-captioned matters shall be governed.

WHEREFORE, it is now hereby **ORDERED**:

1. All factual discovery, including written discovery and fact witness depositions, shall be completed by **November 30, 2023**;

2. Any motion to amend the pleadings or to join additional parties shall be filed on or before **December 14, 2023**;

3. Mediation shall be completed no later than **January 13, 2024**, and shall be conducted pursuant to Local Rules of Civil Procedure Rule 3.2;

4. Plaintiffs' experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served no later than **January 19, 2024**;

5. Defendant's experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served no later than **March 5, 2024**;

6. All expert depositions, as provided in Fed. R. Civ. P. 26(a)(2), shall be completed no later than **April 23, 2024**. No rebuttal reports are allowed without leave of Court;

*Codrington v. Steadfast; Alexander v. Steadfast*
1:19—cv-00026-MEM-EAH; 1:20-cv-00038-MEM-EAH
Scheduling Order
Page 3

7. All dispositive and *Daubert* motions shall be filed on or before **June 22, 2024**. No extensions for filing opposition or reply briefs are allowed without leave of Court. If no dispositive motions will be filed in the case, the parties shall file, no later than **June 15, 2024**, a joint notice stating that the parties have not filed and do not intend to file any dispositive motions.

8. Two status conferences shall be scheduled in these matters: the first one is scheduled for **December 6, 2023**, at **2:00 p.m. in person** before the undersigned U.S. Magistrate Judge in STX Courtroom 3. The second status conference is scheduled for **January 18, 2024** at **2:00 p.m. in person**

9. Pretrial filing deadlines and the trial date will be set by further Order of the Court.

10. Any extensions, changes, and/or modification of any dates or deadlines contained herein shall be made only for good cause and only with the Court's consent pursuant to Fed. R. Civ. P. 16(b)(4).

                                    ENTER:

Dated: June 2, 2023                   /s/ Emile A. Henderson III
                                               EMILE A. HENDERSON III
                                               U.S. MAGISTRATE JUDGE