IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, *et al.* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEADFAST INSURANCE COMPANY, )<br>*et al.*, )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 1:20-CV-00038<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF SERVICE OF FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFFS

**TO:** **GLENDA L. LAKE, ESQ.**
Clerk of The District Court
Almeric L. Christian Federal Building
3013 Estate Golden Rock, Suite 219
St. Croix, VI 00820

**COUNSEL OF RECORD**

PLEASE TAKE NOTICE the Defendant, **STEADFAST INSURANCE COMPANY**, by counsel, W. MARK WILCZYNSKI, ESQ. of the LAW OFFICE OF W. MARK WILCZYNSKI, P.C., has served the following on Counsel for Plaintiffs by electronic mail on June 14, 2023.

a. **Defendant, Steadfast Insurance Company's First Set of Interrogatories to Plaintiff Constance Alexander;**

b. **Defendant, Steadfast Insurance Company's First Set of Interrogatories to Plaintiff Dinorah Williams;**

c. **Defendant, Steadfast Insurance Company's First Set of Interrogatories to Plaintiff Petula Alexander; and**

Alexander, et al. vs. Steadfast Insurance Company, et al.
Civil No.: 1:20-CV-00038
Defendant Steadfast Insurance Company's Notice of Service of First Set of Discovery Requests to Plaintiffs

    d.  **Defendant Steadfast Insurance Company's First Request for Production of Documents to Plaintiffs;**

That said requests have not been provided to the Court at this time under the applicable rules.

Respectfully Submitted,

DATED: June 14, 2023            */s/ W. Mark Wilczynski*
**W. MARK WILCZYNSKI, ESQ.**
Law Office of W. Mark Wilczynski, P.C.
Attorney for:
   **STEADFAST INSURANCE COMPANY**
48 Kongens Gade – PO Box 1150
St. Thomas, Virgin Islands 00804-1150
Tel: (340) 774-4547
justin@usvilaw.com
V.I. Bar No. R2091

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this 14th day of June 2023, I caused a true and correct copy of the foregoing **DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF SERVICE OF FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFFS**, to be served via electronic mail on:

**LEE J. ROHN, ESQ.**
**JENNIFER SUE KOOCKOGEY, ESQ.**
1101 Kings Street
Christiansted, St. Croix
U.S Virgin Islands 00820
Emails: lee@rohnlaw.com
        jennifer@rohnlaw.com
**ATTORNEYS FOR PLAINTIFFS**

By:   */s/ W. Mark Wilczynski*