IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **CONSTANCE ALEXANDER**, *et al.* ) | |
| ) | |
| Plaintiff, ) | **CASE NO. 1:20-CV-00038** |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| **STEADFAST INSURANCE COMPANY,** ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT STEADFAST INSURANCE COMPANY'S
### NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**TO:** GLENDA L. LAKE, ESQ.
Clerk of The District Court
Almeric L. Christian Federal Building
3013 Estate Golden Rock, Suite 219
St. Croix, VI 00820

**COUNSEL OF RECORD**

Defendant, **STEADFAST INSURANCE COMPANY ("STEADFAST")**, through undersigned counsel, W. Mark Wilczynski, Esq. of the Law Office of W. Mark Wilczynski, P.C., and pursuant to Rule 45 of the Federal Rules of Civil Procedure, provides notice of its intent to serve a Subpoena Duces Tecum as soon as service may be effected, directed to Crosstech, V.I., Inc, c/o Tom Crossland, President, 811 S Central Expy, Frnt, Richardson, TX 75080-7406, who is not a party, for the purpose of taking his/her deposition in the above referenced matter.

A copy of the subpoena is attached hereto as **Exhibit A**.

Alexander, et al. vs. Steadfast Insurance Company, et al.
Civil No.: 1:20-CV-00038
Defendant Steadfast Insurance Company's Notice of Intent to Serve Subpoena Duces Tecum

                                          Respectfully Submitted,

DATED: June 30, 2023                    */s/ W. Mark Wilczynski*
                                              **W. MARK WILCZYNSKI, ESQ.**
                                              Law Office of W. Mark Wilczynski, P.C.
                                              Attorney for:
                                                  **STEADFAST INSURANCE COMPANY**
                                              48 Kongens Gade – PO Box 1150
                                              St. Thomas, Virgin Islands 00804-1150
                                              Tel: (340) 774-4547
                                              justin@usvilaw.com
                                              V.I. Bar No. R2091

## CERTIFICATE OF SERVICE

       **IT IS HEREBY CERTIFIED** that on this 30th day of June 2023, I caused a true and correct copy of the foregoing **DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM**, to be served via electronic mail on:

**LEE J. ROHN, ESQ.**
**JENNIFER SUE KOOCKOGEY, ESQ.**
1101 Kings Street
Christiansted, St. Croix
U.S Virgin Islands 00820
Emails: lee@rohnlaw.com
          jennifer@rohnlaw.com
**ATTORNEYS FOR PLAINTIFFS**

                                              By:    */s/ W. Mark Wilczynski*