**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>　　　　　　　Defendants. | 1:20-CV-38<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

**NOTICE OF SERVICE OF PLAINTIFF DINORAH WILLIAMS' FIRST DEMAND FOR PRODUCTION TO DEFENDANT STEADFAST INSURANCE COMPANY**

**PLEASE TAKE NOTICE** that Plaintiff **DINORAH WILLIAMS'** has propounded her First Demand for Production of Documents to Defendant <u>**STEADFAST INSURANCE COMPANY**</u> through respective counsel of record, and that said documents were served upon the Defendant in the original.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　　　LEE J. ROHN AND ASSOCIATES, LLC
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

DATED: August 18, 2023　　　　　BY: ___/s/ *Jennifer S. Koockogey-Lajoie*___
　　　　　　　　　　　　　　　　　　Jennifer S. Koockogey-Lajoie, Esq.
　　　　　　　　　　　　　　　　　　VI Bar No. R2068
　　　　　　　　　　　　　　　　　　1108 King Street, Suite 3 (mailing)

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**ALEXANDER, CONSTANCE, ET. AL. V. STEADFAST INSURANCE COMPANY, ET. AL.**
**CASE NO. 1:20-CV-38, DINORAH WILLIAMS' FIRST REQUEST FOR PRODCUTION TO DEFENDANT STEADFAST INSURANCE COMPANY**
**Page 2**

56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855

**ALEXANDER, CONSTANCE, ET. AL. V. STEADFAST INSURANCE COMPANY, ET. AL.**
**CASE NO. 1:20-CV-38, DINORAH WILLIAMS' FIRST REQUEST FOR PRODCUTION TO DEFENDANT STEADFAST INSURANCE COMPANY**
**Page 3**

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on August 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

> W. Mark Wilczynski, Esq.
> Law Office of Mark Wilczynski
> Palm Passage Suites C 20-22
> St. Thomas, VI 00804
> Telephone: (340) 774-4547
> mwilczynski@usvilaw.com
> Attorney for Steadfast

BY:   /s/ *Jennifer S. Koockogey-Lajoie*   (al)