# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>        Defendants. | 1:20-CV-38<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## <u>NOTICE OF SERVICE OF PLAINTIFF PETULA ALEXANDER'S FIRST SET OF INTERROGATORIES TO DEFENDANT STEADFAST INSURANCE COMPANY</u>

**PLEASE TAKE NOTICE** that Plaintiff, **PETULA ALEXANDER** through her respective counsel of record, has propounded her First Set of Interrogatories to Defendant **STEADFAST INSURANCE COMPANY**, and that said Documents were served upon the Defendant in the original.

        RESPECTFULLY SUBMITTED
        LEE J. ROHN AND ASSOCIATES, LLC
        Attorneys for Plaintiffs

DATED: August 18, 2023         BY:   /s/ *Jennifer S. Koockogey-Lajoie*
                                                        Jennifer S. Koockogey-Lajoie, Esq.
                                                        VI Bar No. R2068
                                                        1108 King Street, Suite 3 (mailing)
                                                        56 King Street, Third Floor (physical)
                                                        Christiansted, St. Croix
                                                         U.S. Virgin Islands 00820
                                                        Telephone: (340) 778-8855

**ALEXANDER, CONSTANCE, ET. AL. V. STEADFAST INSURANCE COMPANY, ET. AL.**
**CASE NO. 1:20-CV-38, PETULA ALEXANDER'S FIRST INTERROGATORIES TO DEFENDANT STEADFAST INSURANCE COMPANY**
Page 2

    jennifer@rohnlaw.com
    Christiansted, St. Croix
    U.S. Virgin Islands 00820
    Telephone: (340) 778-8855

**ALEXANDER, CONSTANCE, ET. AL. V. STEADFAST INSURANCE COMPANY, ET. AL.**
**CASE NO. 1:20-CV-38, PETULA ALEXANDER'S FIRST INTERROGATORIES TO DEFENDANT STEADFAST INSURANCE COMPANY**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on August 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

W. Mark Wilczynski, Esquire
Law Office of Mark Wilczynski, Esquire
Palm Passage Suites C 20-22
P.O. Box 1150
St. Thomas, VI 00804
mwilczynski@usvilaw.com; Lauren@usvilaw.com; Nikki@usvilaw.com
    Attorney For: STEADFAST INSURANCE COMPANY

BY: ___/s/ *Jennifer S. Koockogey-Lajoie*___ (al)