**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>　　　　　　Defendants. | 1:20-CV-38<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

<u>**NOTICE OF SERVICE OF PLAINTIFF DINORAH WILLIAMS' FIRST SET OF INTERROGATORIES TO DEFENDANT STEADFAST INSURANCE COMPANY**</u>

**PLEASE TAKE NOTICE** that Plaintiff, **DINORAH WILLIAMS'** through her respective counsel of record, has propounded her First Set of Interrogatories to Defendant **STEADFAST INSURANCE COMPANY**, and that said Documents were served upon the Defendant in the original.

　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　　LEE J. ROHN AND ASSOCIATES, LLC
　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

DATED: August 18, 2023　　　　　BY: /s/ *Jennifer S. Koockogey-Lajoie*
　　　　　　　　　　　　　　　　　Jennifer S. Koockogey-Lajoie, Esq.
　　　　　　　　　　　　　　　　　VI Bar No. R2068
　　　　　　　　　　　　　　　　　1108 King Street, Suite 3 (mailing)
　　　　　　　　　　　　　　　　　56 King Street, Third Floor (physical)
　　　　　　　　　　　　　　　　　Christiansted, St. Croix
　　　　　　　　　　　　　　　　　U.S. Virgin Islands 00820
　　　　　　　　　　　　　　　　　Telephone: (340) 778-8855

**ALEXANDER, CONSTANCE, ET. AL. V. STEADFAST INSURANCE COMPANY, ET. AL.**
**CASE NO. 1:20-CV-38, DINORAH WILLIAMS' FIRST INTERROGATORIES TO DEFENDANT STEADFAST INSURANCE COMPANY**
Page 2

jennifer@rohnlaw.com
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855

**ALEXANDER, CONSTANCE, ET. AL. V. STEADFAST INSURANCE COMPANY, ET. AL.**
**CASE NO. 1:20-CV-38, DINORAH WILLIAMS' FIRST INTERROGATORIES TO DEFENDANT STEADFAST INSURANCE COMPANY**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on August 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

    W. Mark Wilczynski, Esquire
    Law Office of Mark Wilczynski, Esquire
    Palm Passage Suites C 20-22
    P.O. Box 1150
    St. Thomas, VI 00804
    mwilczynski@usvilaw.com; Lauren@usvilaw.com; Nikki@usvilaw.com
        Attorney For: STEADFAST INSURANCE COMPANY

BY:    /s/ *Jennifer S. Koockogey-Lajoie*   (al)