## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY, et. al.,<br><br>Defendants. | CASE NO. 1:20-CV-38<br><br><br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF SERVICE OF PLAINTIFF DINORAH WILLIAMS 'S RESPONSE TO STEADFAST INSURANCE COMPANY'S INTERROGATORIES

**PLEASE TAKE NOTICE** that Plaintiff, **DINORAH WILLIAMS,** has served Response to Defendant **STEADFAST INSURANCE COMPANY**'s Interrogatories through respective counsel and that said documents were served upon the Defendant in the original.

                                                RESPECTFULLY SUBMITTED
                                                LEE J. ROHN AND ASSOCIATES, LLC
                                                Attorneys for Plaintiffs

DATED:  September 23, 2023        BY:   */s/ Jennifer S. Koockogey*
                                                         Jennnifer S. Koockogey-Lajoie, Esq.
                                                         VI Bar No. R2068
                                                         1108 King Street, Suite 3 (mailing)
                                                         56 King Street, Third Floor (physical)
                                                         Christiansted, St. Croix
                                                         U.S. Virgin Islands 00820
                                                         Telephone: (340) 778-8855

**CERTIFICATE OF SERVICE**

  **THIS IS TO CERTIFY** that on September 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

W. Mark Wilczynski, Esq.
Law Office of W. Mark Wilczynski, P.C.
Palm Passage, Ste C-20-22
PO Box 1150
St. Thomas, VI 00804-1150
Telephone: (340) 774-4547
MWilczunski@usvilaw.com
   Attorney for Steadfast Ins. Co.


           BY: ___/s/Jennifer S. Koockogey-Lajoie___ (jk)