**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>STEADFAST INSURANCE COMPANY, et. al.,<br><br>  Defendants. | CASE NO. 1:20-CV-38<br><br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE OF PLAINTIFF PETULA ALEXANDER'S RESPONSE TO STEADFAST'S DEMAND FOR PRODUCTION OF DOCUMENTS

**PLEASE TAKE NOTICE** that Plaintiff, **PETULA ALEXANDER** has served Response to Defendant **STEADFAST INSURANCE COMPANY'S** Demand for Production of Documents, through respective counsel, and that said documents were served upon the Defendant in the original.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

DATED:  September 27, 2023

BY:   /s/ *Jennifer S. Koockogey*
  Jennnifer S. Koockogey-Lajoie, Esq.
  VI Bar No. R2068
  1108 King Street, Suite 3 (mailing)
  56 King Street, Third Floor (physical)
  Christiansted, St. Croix
  U.S. Virgin Islands 00820
  Telephone: (340) 778-8855

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on September 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

W. Mark Wilczynski, Esq.
Law Office of W. Mark Wilczynski, P.C.
Palm Passage, Ste C-20-22
PO Box 1150
St. Thomas, VI 00804-1150
Telephone: (340) 774-4547
MWilczunski@usvilaw.com
        Attorney for Steadfast Ins. Co.


BY:   _/s/Jennifer S. Koockogey-Lajoie_      (nd)