IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, *et al.* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEADFAST INSURANCE COMPANY, )<br>*et al.*, )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 1:20-CV-00038<br><br>JURY TRIAL DEMANDED |

**DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF
DEPOSITION OF PLAINTIFF CONSTANCE ALEXANDER**

**TO:  TAMARA CHARLES**
  Clerk of the Superior Court
  Division of St. Thomas\St. John
  P.O. Box 70
  St. Thomas, VI 00804

  **COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to V.I.R.Civ.P 26 and 30, Attorney for Defendant, **STEADFAST INSURANCE COMPANY**, ("Defendant") will take the oral examination of Plaintiff **CONSTANCE ALEXANDER** on **Tuesday, November 21, 2023 at 10:30AM** via Zoom Videoconferencing at The Law Office of W. Mark Wilczynski, P.C., 48 Kongens Gade, St. Thomas, V.I. 00802, Telephone (340) 774-4547. The link to the Zoom Videoconferencing will be provided prior to the deposition.

This deposition will be recorded stenographically before a notary public or other duly authorized officer and will continue until completed.  You are required to have the deponent

Alexander, et al. vs. Steadfast Insurance Company, et al.
Civil No.: 1:20-CV-00038
Defendant Steadfast Insurance Company's Notice of Deposition of
 Plaintiff, Constance Alexander

present at the noted date, time and place and to have with her, driver's license, social security card, and passport.

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

DATED: November 6, 2023                    Respectfully submitted,

                                                    /s/ W. Mark Wilczynski
                                              **W. MARK WILCZYNSKI, ESQUIRE**
                                              Law Office of W. Mark Wilczynski, P.C.
                                              *Attorney for Defendant:*
                                              ***Steadfast Insurance Company***
                                              #48 Kongens – PO Box 1150
                                              St. Thomas, Virgin Islands 00804-1150
                                              Tel: (340) 774-4547
                                              Email: mark@usvilaw.com
                                              V.I. Bar No. 515

### CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this __6th__ day of November 2023, I caused a true and correct copy of the foregoing **DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF DEPOSITION OF PLAINTIFF CONSTANCE ALEXANDER** to be served via electronic mail on:

**LEE J. ROHN, ESQ.**
**JENNIFER SUE KOOCKOGEY, ESQ.**
1101 Kings Street
Christiansted, St. Croix
U.S Virgin Islands 00820
Emails: lee@rohnlaw.com
         jennifer@rohnlaw.com
*Attorneys for Plaintiffs*

                                            By: __/s/ W. Mark Wilczynski__