IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>        Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST),<br><br>        Defendant. | CASE NO. 1:20-CV-38<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## SCHEDULING ORDER

**THIS MATTER** having come before the Court on the parties' First Joint Motion for Extension of Deadlines, and the Court having been advised in its premises, it is;

**ORDERED** that Parties' Motion is **GRANTED**, and further;

**ORDERED** that the Parties adhere to the following remaining deadlines in this matter:

1. **FACTUAL DISCOVERY**

   All factual discovery, including written discovery and fact witness depositions, shall be completed by **February 16, 2024**.

2. **MEDIATION**

   Mediation shall be completed no later than **March 1, 2024**.

3. **PLAINTIFF'S EXPERT DISCLOSURES**

   Plaintiff's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be submitted by **April 1, 2024**.

4. **DEFENDANT'S EXPERT DISCLOSURES**

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.
**SCHEDULING ORDER**
Page 2

Defendant's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a) (2) shall be submitted by **May 1, 2024**.

5. **EXPERT DEPOSITIONS**

   Expert depositions shall be completed by **May 31, 2024**.

6. **MOTIONS**

   All dispositive motions shall be filed by **June 22, 2024**

7. **STATUS CONFERENCE**

   A status conference will be held on _____ at ____am/pm.

8. **TRIAL DATE**

   A trial date will be scheduled by the Court.

All previously ordered dates are hereby **VACATED**.

**SO ORDERED** this _____ day of _____ 2023.

_____
Magistrate Judge Emile A. Henderson III
District Court of the Virgin Islands