IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, *et al.* ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:20-CV-00038 |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| **STEADFAST INSURANCE COMPANY,** ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF SERVICE
OF RESPONSES TO PLAINTIFF PETULA ALEXANDER'S
FIRST SET OF DISCOVERY REQUESTS**

**TO:**  **GLENDA L. LAKE, ESQ.**
Clerk of The District Court
Almeric L. Christian Federal Building
3013 Estate Golden Rock, Suite 219
St. Croix, VI 00820

**COUNSEL OF RECORD**

PLEASE TAKE NOTICE the Defendant, **STEADFAST INSURANCE COMPANY**, by counsel, W. MARK WILCZYNSKI, ESQ. of the LAW OFFICE OF W. MARK WILCZYNSKI, P.C., has served the following on Counsel for Plaintiffs by electronic mail on November 9, 2023.

a. **Defendant, Steadfast Insurance Company's Response to Plaintiff Petula Alexander's First Set of Interrogatories; and**

b. **Defendant, Steadfast Insurance Company's Response to Plaintiff Petula Alexander's First Demand for Production of Documents.**

Alexander, et al. vs. Steadfast Insurance Company, et al.
Civil No.: 1:20-CV-00038
Defendant Steadfast Insurance Company's Notice of Service of Responses to
Plaintiff Petula Alexander's First Set of Discovery Requests

That said responses have not been provided to the Court at this time under the applicable rules.

                                        Respectfully Submitted,

DATED: November 9, 2023           /s/ W. Mark Wilczynski
                                        **W. MARK WILCZYNSKI, ESQ.**
                                        Law Office of W. Mark Wilczynski, P.C.
                                        Attorney for:
                                              **STEADFAST INSURANCE COMPANY**
                                        48 Kongens Gade – PO Box 1150
                                        St. Thomas, Virgin Islands 00804-1150
                                        Tel: (340) 774-4547
                                        Email: mark@usvilaw.com
                                        V.I. Bar No. 515

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this 9th day of November 2023, I caused a true and correct copy of the foregoing **DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF SERVICE OF RESPONSES TO PLAINTIFF PETULA ALEXANDER'S FIRST SET OF DISCOVERY REQUESTS**, to be served via electronic mail on:

**LEE J. ROHN, ESQ.**
**JENNIFER SUE KOOCKOGEY, ESQ.**
1101 Kings Street
Christiansted, St. Croix
U.S Virgin Islands 00820
Emails: lee@rohnlaw.com
        jennifer@rohnlaw.com
        infor@rohnlaw.com
**ATTORNEYS FOR PLAINTIFFS**

                                              By: /s/ W. Mark Wilczynski