### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF SAINT CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,   )<br>)<br>)<br>)<br>Plaintiffs,   )<br>)<br>STEADFAST INSURANCE COMPANY   )<br>(STEADFAST), CLARENDON AMERICAN   )<br>INSURANCE COMPANY (CLARENDON),   )<br>DEEP SOUTH SURPLUS OF TEXAS, L.P.,   )<br>and CRC SCU f/k/a CRUMP INS. SERVICES,   )<br>)<br>Defendants.   )<br>) | CIVIL NO.: 1:20-CV-00038-MEM-EAH |

### MOTION TO APPEAR VIRTUALLY AT THE FEBRUARY 22, 2024
### STATUS CONFERENCE OR, ALTERNATIVELY, RESCHEDULE CONFERENCE

**Defendant Steadfast Insurance Company**, by and through undersigned counsel, files this *Motion to Appear Virtually at the February 22, 2024 Status Conference or, Alternatively, Reschedule Conference* and Show this Honorable Court as follows:

The undersigned counsel for the Defendant is scheduled to be out of the Country for personal leave during the week of February 17, 2024 through February 25, 2024. The undersigned will have sufficient access to technology to accommodate virtual attendance on February 22, 2024 should this Court deem virtual attendance acceptable.

Should this Court determine that in-person attendance is necessary to conduct the scheduled conference, the undersigned requests that the conference be rescheduled to a later date close in time at the Court's availability to accommodate the undersigned's previously made travel plans.

The undersigned has conferred with counsel for the Plaintiffs, JENNIFER S. KOOCKOGEY-LAJOIE, ESQ., who does not oppose the filing of this Motion.

*Alexander v. Steadfast Insurance Co.*
*Civil No. 1:20-CV-00038-MEM-EAH*
Motion to Appear Virtually at the February 22, 2024 Status Conference or,
Alternatively, Reschedule Conference

**WHEREFORE**, Defendant respectfully request this Honorable Court **GRANT** this motion and allow Defendant to attend the February 22, 2024 Status Conference virtually. Alternatively, Defendant respectfully requests this Honorable Court GRANT this Motion and reschedule the February 24, 2024 to a later date for in-person attendance.

Respectfully submitted,

**LAW OFFICE OF W. MARK WILCZYNSKI, P.C.**
Attorney for Steadfast Insurance Company

DATED: November 22, 2023        _/s. Justin T. Crocker_____
**JUSTIN T. CROCKER, ESQ.**
48 Kongens Gade (a/k/a Education Street)
PO Box 1150
St. Thomas, Virgin Islands 00804-1150
Tel: (340) 774-4547
Email: justin@usvilaw.com
V.I. Bar No. R2091

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, 22nd of November 2023, I electronically filed the foregoing **MOTION TO APPEAR VIRTUALLY AT THE FEBRUARY 22, 2024 STATUS CONFERENCE OR, ALTERNATIVELY, RESCHEDULE CONFERENCE** with the Clerk of the Court using the CM/ECF System, which will send notification of such file (NEF) to all parties of record. In addition, I caused a copy of the filing to be served upon the following parties by U.S. Mail and electronic mail:

**Lee J. Rohn, Esq.**
Lee Rohn & Associates
1101 Kings Street
Christiansted, VI 00820
*Email:* lee@rohnlaw.com
**Attorney for Plaintiffs**

_____/s/ Carolyn Duncan_____