**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF SAINT CROIX**

| | |
|---|---|
| **CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,** ) | |
| **Plaintiffs,** ) | **CIVIL NO.: 1:20-CV-00038-MEM-EAH** |
| **STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,** ) | |
| **Defendants.** ) | |

## <u>ORDER</u>

This matter having come before the Court on Defendant Steadfast Insurance Company's

*Motion to Appear Virtually at the February 22, 2024 Status Conference or, Alternatively,*

*Reschedule Conference* and being satisfied with the premise contained therein, it is hereby:

**ORDERED** that the Defendant's Motion be **GRANTED**; it is further

**ORDERED** the February 22, 2024 Status Conference may be attended virtually by the parties;

and it is further

**ORDERED** that a copy of this Order shall be sent to all counsel of record.

This _____ day of _____, 20___.

_____

**Magistrate,**
**District Court of the United States Virgin Islands**