### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF SAINT CROIX

| | |
|---|---|
| **CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,** </br></br>　　　　　Plaintiffs, </br></br>**STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,** </br></br>　　　　　Defendants. | ) </br> ) </br> ) </br> ) </br> ) **CIVIL NO.: 1:20-CV-00038-MEM-EAH** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### ORDER

This matter having come before the Court on Defendant Steadfast Insurance Company's *Motion to Appear Virtually at the February 22, 2024 Status Conference or, Alternatively, Reschedule Conference* and being satisfied with the premise contained therein, it is hereby:

**ORDERED** that the Defendant's Motion be **GRANTED**; it is further

**ORDERED** the February 22, 2024 Status Conference is rescheduled for _____, 2024; and it is further

**ORDERED** that a copy of this Order shall be sent to all counsel of record.

This \_\_\_\_ day of _____, 20\_\_\_.

_____
**Magistrate,**
**District Court of the United States Virgin Islands**