DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

CONSTANCE ALEXANDER, DINORAH
WILLIAMS, and PETULA ALEXANDER,

          Plaintiffs,

    v.

STEADFAST INSURANCE CO. and
DEEP SOUTH SURPLUS OF TEXAS,

          Defendants.

_____

1:20-cv-00038-MEM-EAH

TO:    Lee J. Rohn, Esq.
       Jennifer Sue Koockogey, Esq.
          *For Plaintiffs*
       Mark Wilczynski, Esq.
       Justin Crocker, Esq.
          *For Steadfast Ins. Co.*

### ORDER GRANTING MOTION TO APPEAR VIRTUALLY

**THIS MATTER** comes before the Court on the motion by counsel for Defendant Steadfast Insurance Company to attend the February 22, 2024 Status Conference Virtually or, Alternatively, to Reschedule the Conference. Dkt. No. 144. In the motion, counsel states that he is scheduled to be out of the country for personal leave during the week of February 17-25, 2024. *Id.* However, he will have sufficient access to technology to accommodate a virtual appearance at the February 22, 2024 status conference should the Court deem such an appearance acceptable. Id. If, on the other hand, the Court deems an in-person e necessary, counsel requests that the conference be rescheduled so as to accommodate his previously-

*Alexander v. Steadfast Insurance Co.*
1:20-cv-00038-MEM-EAH
Order
Page 2

made travel plans. Counsel represents that the attorney for the Plaintiffs does not oppose the

filing of this motion. *Id.*

Having considered the motion, this Court will grant it and allow counsel for Steadfast

Insurance Company to appear at the February 22, 2024 status conference by

videoconference.

Accordingly, it is now hereby **ORDERED:**

1.  The motion by counsel for Defendant Steadfast Insurance Company to attend the

    February 22, 2024 Status Conference virtually, Dkt. No. 144, is **GRANTED**.

2.  Steadfast's counsel shall contact the Clerk of Court for videoconference dial-in

    information.

ENTER:

Dated: November 27, 2023                    /s/ Emile A. Henderson III
                                            EMILE A. HENDERSON III
                                            U.S. MAGISTRATE JUDGE