## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>  Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>  Defendants. | CASE NO. 1:20-CV-38<br><br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF CANCELLATION OF DEPOSITION OF STEADFAST INSURANCE COMPANY

TO:   Glenda L. Lake, Clerk of the Court
       District Court of the V.I.

   W. Mark Wilczynski
   Justin Crocker
   Law Office of W. Mark Wilczynski, P.C.
   Palm Passage Suites C20-22
   P.O. Box 1150
   St. Thomas, VI 00804
   Attorney for Steadfast Insurance Company

   **Please take notice** that the deposition scheduled for December 7, 2023, has been **CANCELLED.**

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.
**NOTICE OF CANCELLATION OF DEPOSITION OF STEADFAST INSURANCE COMPANY**
Page 2

                                              RESPECTFULLY SUBMITTED
                                              LEE J. ROHN AND ASSOCIATES, LLC
                                              Attorneys for Plaintiffs

DATED:  December 5, 2023          BY:   /s/ *Jennifer S. Koockogey-Lajoie*
                                                     Jennifer S. Koockogey-Lajoie, Esq.
                                                       VI Bar No. R2068
                                                       1108 King Street, Suite 3 (mailing)
                                                       56 King Street, Third Floor (physical)
                                                       Christiansted, St. Croix
                                                       U.S. Virgin Islands 00820
                                                       Telephone: (340) 778-8855
                                                       jennifer@rohnlaw.com

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on December 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

W. Mark Wilczynski
Justin Crocker
Law Office of W. Mark Wilczynski, P.C.
Palm Passage Suites C20-22
P.O. Box 1150
St. Thomas, VI 00804

Attorney for **Steadfast Insurance Company**

BY: ___/s/ *Jennifer S. Koockogey-Lajoie*___ (al)