## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF SAINT CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,<br><br>Plaintiffs,<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CIVIL NO.: 1:20-CV-00038 |

## DEFENDANT STEADFAST INSURANCE COMPANY'S
## NOTICE OF FILING AMENDED PROPOSED ORDER

TO:  **GLENDA L. LAKE, ESQUIRE**
Clerk of The District Court
Almeric L. Christian Federal Building
3013 Estate Golden Rock, Suite 219
St. Croix, VI 00820

Defendant, **STEADFAST INSURANCE COMPANY**, (Defendant), by and through undersigned counsel of record, Justin T. Crocker, Esq. of the Law Office of W. Mark Wilczynski, P.C., and files an amended Proposed Order to the Stipulated Confidentiality Agreement and Protective Order filed [Dkt. No. 147], a copy of which is attached hereto.

Respectfully submitted,

DATED:  February 2, 2024

 */s/ Justin T. Crocker*
**JUSTIN T. CROCKER, ESQ.**
**Law Office of W. Mark Wilczynski, P.C.**
Attorney for Defendant:
 Steadfast Insurance Company
48 Kongens Gade (a/k/a Education Street)
PO Box 1150
St. Thomas, Virgin Islands 00804-1150
Tel: (340) 774-4547
Email: Justin@usvilaw.com
V.I. Bar No. R2091

*Alexander v. Steadfast Insurance Co.*
*Civil No. 1:20-CV-00038-MEM-EAH*
Defendant Steadfast Insurance Company's Notice of Filing
 Amended Proposed Order
Page 2

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this  2nd   day of February 2024, I caused a true and exact copy of the foregoing **DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF FILING AMENDED PROPOSED ORDER** to be served via electronic mail on:

**LEE J. ROHN, ESQ.**
**JENNIFER SUE KOOCKOGEY, ESQ.**
1101 Kings Street
Christiansted, St. Croix
U.S Virgin Islands 00820
Emails: info@rohnlaw.com
　　　*lee@rohnlaw.com*
　　　 *jennifer@rohnlaw.com*
**ATTORNEYS FOR PLAINTIFFS**

　　　　　　　　　　　　　　　　　　By:   */s/ Justin T. Crocker*