**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF SAINT CROIX**

| | |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER, | ) ) ) ) |
| Plaintiffs, | ) CIVIL NO.: 1:20-CV-00038 ) |
| STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

THIS MATTER having come before the court on the Parties' Stipulated Confidentiality Agreement and Agreed Protective Order, and the court having been advised in its premises, it is hereby

**ORDERED** that the Parties' Stipulated Confidentiality Agreement and Agreed Protective Order is **APPROVED** and **GRANTED.**

SO ORDERED this ___ day of _____ 2024.

_____
Judge, District Court of the Virgin Islands