IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CASE NO. 1:20-CV-38<br><br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF DEPOSITION OF THOMAS CROSSLAND**

TO:    Glenda L. Lake, Clerk of the Court
District Court of the V.I.

W. Mark Wilczynski
Justin Crocker, Esq
Law Office of W. Mark Wilczynski, P.C.
Palm Passage Suites C20-22
P.O. Box 1150
St. Thomas, VI 00804
Attorney for Steadfast Insurance Company

Deserie Hill
Hill's Reporting Services
P.O. Box 307501
St. Thomas, VI 00803
deshill@msn.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.
**NOTICE OF DEPOSITION OF THOMAS BRUCE CROSSLAND**
Page 2

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30 and 32, Plaintiffs, by and through undersigned counsel, will take the oral examination of **THOMAS CROSSLAND** on February 13, 2024 at 1:00PM, via Zoom. **This deposition will be conducted via Zoom meeting and pursuant to rules cited above and the standing orders of the Court during the pendency of the COVID-19 pandemic.**

This deposition is being taken for use as evidence and/or trial purposes and will be continued from day to day until completed.

```
                                        RESPECTFULLY SUBMITTED
                                        LEE J. ROHN AND ASSOCIATES, LLC
                                        Attorneys for Plaintiffs
```

DATED:  February 2, 2024        BY:   /s/ *Jennifer S. Koockogey-Lajoie*
                                        Jennifer S. Koockogey-Lajoie, Esq.
                                        VI Bar No. R2068
                                        1108 King Street, Suite 3 (mailing)
                                        56 King Street, Third Floor (physical)
                                        Christiansted, St. Croix
                                        U.S. Virgin Islands 00820
                                        Telephone: (340) 778-8855
                                        jennifer@rohnlaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

W. Mark Wilczynski
Law Office of W. Mark Wilczynski, P.C.
Palm Passage Suites C20-22
P.O. Box 1150
St. Thomas, VI 00804

Attorney for **Steadfast Insurance Company**

Deserie Hill
Hill's Reporting Services
P.O. Box 307501
St. Thomas, VI 00803
deshill@msn.com

BY: ___/s/ *Jennifer S. Koockogey-Lajoie*___ (al)