# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>    Defendants. | CASE NO. 1:20-CV-38<br><br><br><br><u>JURY TRIAL DEMANDED</u> |

## NOTICE OF DEPOSITION OF STEADFAST INSURANCE COMPANY

TO: Glenda L. Lake, Clerk of the Court
   District Court of the V.I.

   W. Mark Wilczynski
   Justin Crocker, Esq
   Law Office of W. Mark Wilczynski, P.C.
   Palm Passage Suites C20-22
   P.O. Box 1150
   St. Thomas, VI 00804
   Attorney for Steadfast Insurance Company

   Deserie Hill
   Hill's Reporting Services
   P.O. Box 307501
   St. Thomas, VI 00803
   deshill@msn.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.
**NOTICE OF DEPOSITION OF STEADFAST INSURANCE COMPANY**
Page 2

      **PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30 and 32, Plaintiff, by and through undersigned counsel, will take the oral examination of **STEADFAST INSURANCE COMPANY** on February 13, 2024, at 9:00AM, via Zoom**. This deposition will be conducted via Zoom meeting and pursuant to rules cited above and the standing orders of the Court during the pendency of the COVID-19 pandemic.**

      This deposition is being taken for use as evidence and/or trial purposes, and will be continued from day to day until completed.

      RESPECTFULLY SUBMITTED
      LEE J. ROHN AND ASSOCIATES, LLC
      Attorneys for Plaintiff

DATED:  February 2, 2024      BY:  /s/ *Jennifer S. Koockogey-Lajoie*
      Jennifer S. Koockogey-Lajoie, Esq.
      VI Bar No. R2068
      1108 King Street, Suite 3 (mailing)
      56 King Street, Third Floor (physical)
      Christiansted, St. Croix
      U.S. Virgin Islands 00820
      Telephone: (340) 778-8855
      jennifer@rohnlaw.com

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on February 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

W. Mark Wilczynski
Law Office of W. Mark Wilczynski, P.C.
Palm Passage Suites C20-22
P.O. Box 1150
St. Thomas, VI 00804

Attorney for **Steadfast Insurance Company**

Deserie Hill
Hill's Reporting Services
P.O. Box 307501
St. Thomas, VI 00803
deshill@msn.com


BY: /s/ *Jennifer S. Koockogey-Lajoie*  (al)