## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF SAINT CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,　　　　Plaintiffs,<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,　　　　Defendants. | CIVIL NO.: 1:20-CV-00038 |

### DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF SERVICE OF FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF DINORAH WILLIAMS' FIRST SET OF INTERROGATORIES

TO:   **GLENDA L. LAKE, ESQUIRE**
　　　Clerk of The District Court
　　　Almeric L. Christian Federal Building
　　　3013 Estate Golden Rock, Suite 219
　　　St. Croix, VI 00820

　　　**COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Defendant, STEADFAST INSURANCE COMPANY, by counsel W. MARK WILCZYNSKI of the LAW OFFICE OF W. MARK WILCZYNSKI, P.C., has served its First Supplemental Responses to Plaintiff Dinorah Williams' First Set of Interrogatories upon counsel for Plaintiff by electronic mail on February 2, 2024.

That said supplemental responses have not been provided to the Court at this time under the applicable rules.

*Alexander v. Steadfast Insurance Co.*
*Civil No. 1:20-CV-00038-MEM-EAH*
Defendant Steadfast Insurance Company's Notice of Service of
First Supplemental Responses to Plaintiff Dinorah Williams'
First Set of Interrogatories

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: February 2, 2024 | */s/ W. Mark Wilczynski* |
|  | W. MARK WILCZYNSKI, ESQUIRE |
|  | Law Office of W. Mark Wilczynski, P.C. |
|  | Attorney for: |
|  | **STEADFAST INSURANCE COMPANY** |
|  | 48 Kongens – PO Box 1150 |
|  | St. Thomas, Virgin Islands 00804-1150 |
|  | Tel: (340) 774-4547 |
|  | Mark@usvilaw.com |
|  | V.I. Bar No. 515 |

### CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this 2nd day of February 2024, I caused a true and exact copy of the foregoing **DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF SERVICE OF FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF DINORAH WILLIAMS' FIRST SET OF INTERROGATORIES** to be served via electronic mail on:

**LEE J. ROHN, ESQ.**
**JENNIFER SUE KOOCKOGEY, ESQ.**
1101 Kings Street
Christiansted, St. Croix
U.S Virgin Islands 00820
Emails: info@rohnlaw.com
　　　　*lee@rohnlaw.com*
　　　　*jennifer@rohnlaw.com*
**ATTORNEYS FOR PLAINTIFFS**

　　　　　　　　　　　　　　　　　　　　By: */s/ W. Mark Wilczynski*