### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF SAINT CROIX

|  |  |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER, | ) ) ) |
| Plaintiffs, | ) ) CIVIL NO.: 1:20-CV-00038 |
| STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES, | ) ) ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE
### OF SERVICE OF THIRD SUPPLEMENTAL RULE 26 DISCLOSURES

TO:   **GLENDA L. LAKE, ESQUIRE**
Clerk of The District Court
Almeric L. Christian Federal Building
3013 Estate Golden Rock, Suite 219
St. Croix, VI 00820

**COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Defendant, STEADFAST INSURANCE COMPANY, by counsel W. MARK WILCZYNSKI of the LAW OFFICE OF W. MARK WILCZYNSKI, P.C., has served its Third Supplemental Rule 26 Discovery Disclosures upon counsel for Plaintiffs Constance Alexander, Dinorah Williams and Petula Alexander by electronic mail on February 13, 2024.

That said supplemental disclosures have not been provided to the Court at this time under the applicable rules.

*Alexander v. Steadfast Insurance Co.*
*Civil No. 1:20-CV-00038-MEM-EAH*
Defendant Steadfast Insurance Company's Notice of Service of
 Third Supplemental Rule 26 Disclosures

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>DATED: February 13, 2024</td><td>_____ <i>/s/ W. Mark Wilczynski</i> _____</td></tr>
</table>

W. MARK WILCZYNSKI, ESQUIRE
Law Office of W. Mark Wilczynski, P.C.
Attorney for:
    **STEADFAST INSURANCE COMPANY**
48 Kongens – PO Box 1150
St. Thomas, Virgin Islands 00804-1150
Tel:  (340) 774-4547
Mark@usvilaw.com
V.I. Bar No. 515

## CERTIFICATE OF SERVICE

    **IT IS HEREBY CERTIFIED** that on this  13th  day of February 2024, I caused a true and exact copy of the foregoing **DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF SERVICE OF THIRD SUPPLEMENTAL RULE 26 DISCLOSURES** to be served via electronic mail on:

**LEE J. ROHN, ESQ.**
**JENNIFER SUE KOOCKOGEY, ESQ.**
1101 Kings Street
Christiansted, St. Croix
U.S Virgin Islands 00820
Emails: info@rohnlaw.com
       lee@rohnlaw.com
       jennifer@rohnlaw.com
**ATTORNEYS FOR PLAINTIFFS**

          By:  __ <i>/s/ W. Mark Wilczynski</i>