IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF SAINT CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER, )<br><br>Plaintiffs, )<br>)<br>STEADFAST INSURANCE COMPANY )<br>(STEADFAST), CLARENDON AMERICAN )<br>INSURANCE COMPANY (CLARENDON), )<br>DEEP SOUTH SURPLUS OF TEXAS, L.P., )<br>and CRC SCU f/k/a CRUMP INS. SERVICES, )<br>)<br>Defendants. ) | CIVIL NO.: 1:20-CV-00038 |

## DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF SERVICE OF SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF DINORAH WILLIAMS' FIRST SET OF INTERROGATORIES

TO:  **GLENDA L. LAKE, ESQUIRE**
Clerk of The District Court
Almeric L. Christian Federal Building
3013 Estate Golden Rock, Suite 219
St. Croix, VI 00820

**COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Defendant, STEADFAST INSURANCE COMPANY, by counsel W. MARK WILCZYNSKI of the LAW OFFICE OF W. MARK WILCZYNSKI, P.C., has served its Second Supplemental Responses to Plaintiff Dinorah Williams' First Set of Interrogatories upon counsel for Plaintiff by electronic mail on February 13, 2024.

That said supplemental responses have not been provided to the Court at this time under the applicable rules.

*Alexander v. Steadfast Insurance Co.*
*Civil No. 1:20-CV-00038-MEM-EAH*
Defendant Steadfast Insurance Company's Notice of Service of
Second Supplemental Responses to Plaintiff Dinorah Williams'
First Set of Interrogatories

                                  Respectfully submitted,

DATED: February 13, 2024                /s/ W. Mark Wilczynski
                                          **W. MARK WILCZYNSKI, ESQUIRE**
                                          **JUSTIN T. CROCKER, ESQUIRE**
                                          **Law Office of W. Mark Wilczynski, P.C.**
                                          Attorneys for Defendant:
                                            **Steadfast Insurance Company**
                                          48 Kongens Gade (a/k/a Education Street)
                                          PO Box 1150
                                          St. Thomas, Virgin Islands 00804-1150
                                          Tel: (340) 774-4547
                                          Email: Mark@usvilaw.com
                                                      Justin@usvilaw.com
                                          V.I. Bar No. 515
                                          V.I. Bar No. R2091

## CERTIFICATE OF SERVICE

     **IT IS HEREBY CERTIFIED** that on this 13th day of February 2024, I caused a true and exact copy of the foregoing **DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF SERVICE OF SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF DINORAH WILLIAMS' FIRST SET OF INTERROGATORIES** to be served via electronic mail on:

**LEE J. ROHN, ESQ.**
**JENNIFER SUE KOOCKOGEY, ESQ.**
1101 Kings Street
Christiansted, St. Croix
U.S Virgin Islands 00820
Emails: info@rohnlaw.com
        lee@rohnlaw.com
        jennifer@rohnlaw.com
**ATTORNEYS FOR PLAINTIFFS**

                                                    By:   /s/ W. Mark Wilczynski