## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CASE NO. 1:20-CV-38<br><br><br><br><u>JURY TRIAL DEMANDED</u> |

## NOTICE OF APPEARANCE

**COMES NOW**, Robin P. Seila, Esquire of Lee J. Rohn and Associates, LLC and enters her appearance as counsel on behalf of Plaintiffs, **CONSTANCE ALEXANDER, PETULA ALEXANDER and DINORAH WILLIAMS,** in the above-captioned matter.

Please direct copies of all future pleadings, correspondence and other papers filed in this action to Robin P. Seila at 1108 King Street, Suite 3 (mailing)/56 King Street, Third Floor (physical), Christiansted, St. Croix, U.S. Virgin Islands 00820.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI
00820
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Alexander, Constance, et. al. v. Steadfast Insurance Company, et. al., Case No. 1:20-cv-38
**NOTICE OF APPEARANCE**
Page 2

DATED:  February 20, 2024　　　　　BY:   /s/ *Robin P. Seila*
　　　　　　　　　　　　　　　　　　Robin P. Seila, Esq.
　　　　　　　　　　　　　　　　　　VI Bar No. R2043
　　　　　　　　　　　　　　　　　　1108 King Street, Suite 3 (mailing)
　　　　　　　　　　　　　　　　　　56 King Street, Third Floor (physical)
　　　　　　　　　　　　　　　　　　Christiansted, St. Croix
　　　　　　　　　　　　　　　　　　U.S. Virgin Islands 00820
　　　　　　　　　　　　　　　　　　Telephone: (340) 778-8855
　　　　　　　　　　　　　　　　　　robin@rohnlaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to:

　　All counsel of record.


　　　　　　　　　　　　　　　　　　BY:   /s/ *Robin P. Seila*