## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendant. | CASE NO. 1:20-CV-38<br><br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

**COME NOW,** Plaintiffs, by and through undersigned counsel and hereby give Notice of their Voluntary Dismissal of Defendant Deep South Surplus of Texas, L.P., **without prejudice**. The Plaintiffs have not been able to locate and serve Deep South Surplus of Texas, L.P.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiffs

DATED: March 1, 2024

BY:  /s/ *Lee J. Rohn*
Lee J. Rohn, Esq.
VI Bar No. 52
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
Lee@rohnlaw.com

LEE J. ROHN AND ASSOCIATES, LLC
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on March 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All Counsel of Record

BY: /s/ *Lee J. Rohn* (AL)