IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

CONSTANCE ALEXANDER, PETULA ALEXANDER, )
and DINORAH WILLIAMS, )
) Case No. 1:20-cv-00038
      Plaintiffs, )
)
v. )
)
STEADFAST INSURANCE COMPANY (STEADFAST) )
)
      Defendant. )

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a zoom mediation conference was held on the 18th day of March 2024.

The following were present:

- [✓] 1. All Plaintiffs.
- [✓] 2. Plaintiff's trial counsel.
- [ ] 3. If Plaintiff is not an individual, the representative who appeared had total authority.
- [ ] 4. All Defendants.
- [✓] 5. Defendant's trial counsel.
- [✓] 6. If Defendant is not an individual, the representative who appeared had total authority.

The result of the mediation conference is as follows:

- [✓] The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

- [ ] The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

**Mediation Report**
**Page Two**
Constance Alexander, Petula Alexander and Dinorah Williams v. Steadfast Insurance Company (Steadfast)
Case No. 1:20-cv-00038

_____    The parties have reached a total impasse, all issues require Court action.

_____    The matter has been recessed for further mediation.

_____    Other:

DATE: 3/18/24
AMERICAN MEDIATION INSTITUTE

Henry C. Smock, Esq.
Mediator
1000 Blackbeard's Hill
St. Thomas, VI 00802
340-777-8109
davidnicholsvi@gmail.com

Distribution:
Lee J. Rohn, Esq.
Justin Crocker, Esq.