## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF SAINT CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,<br><br>Plaintiffs,<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CIVIL NO.: 1:20-CV-00038-MEM-EAH |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, **CONSTANCE ALEXANDER, PETULA ALEXANDER and DINORAH WILLIAMS,** and Defendant, **STEADFAST INSURANCE COMPANY**, by and through their undersigned counsel, hereby stipulate and agree that the within matter be DISMISSED WITH PREJUDICE to include all pending motions, as the parties have amicably settled their differences, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

LAW OFFICE OF W. MARK WILCZYNSKI, P.C.
Attorney for Steadfast Insurance Company

DATED: May 15, 2024        */s/ Justin T. Crocker*
**JUSTIN T. CROCKER, ESQ.**
48 Kongens Gade (a/k/a Education Street)
PO Box 1150
St. Thomas, Virgin Islands 00804-1150
Tel: (340) 774-4547
Email: justin@usvilaw.com
V.I. Bar No. R2091

*Alexander v. Steadfast Insurance Co.*
*Civil No. 1:20-CV-00038-MEM-EAH*
Joint Stipulation of Dismissal With Prejudice
Page 2

                                                LEE J. ROHN AND ASSOCIATES, LLC
                                                Attorneys for Plaintiffs

DATED: May 15, 2024             */s/ Lee J. Rohn*
                                                **LEE J. ROHN, ESQ.**
                                               1108 King Street, Suite 3 (Mailing)
                                               56 King Street, Third Floor (Physical)
                                               Christiansted, St. Croix
                                               U.S. Virgin Islands 00820
                                               Tel: (340) 778-8855
                                               Email: lee@rohnlaw.com
                                               V.I. Bar No.