IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF SAINT CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER, DINORAH WILLIAMS, and PETULA ALEXANDER,<br><br>Plaintiffs,<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CIVIL NO.: 1:20-CV-00038-MEM-EAH |

## O R D E R

UPON CONSIDERATION of the *Joint Stipulation of Dismissal with Prejudice* as executed by Plaintiffs, **CONSTANCE ALEXANDER, PETULA ALEXANDER and DINORAH WILLIAMS** and Defendant, **STEADFAST INSURANCE COMPANY**, by and through their undersigned counsel, and the Court being otherwise duly satisfied in the premises, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that this action and all pending claims herein are hereby **DISMISSED WITH PREJUDICE**.

ENTERED this _____ day of _____, 2024.

_____
**EMILE A. HENDERSON, III,**
**U.S. MAGISTRATE JUDGE**
**DISTRICT COURT OF THE VIRGIN ISLANDS**

Distribution List
Justin T. Crocker, Esq.
W. Mark Wilczynski, Esq
Lee J. Rohn, Esq.

*Alexander v. Steadfast Insurance Co.*
*Civil No. 1:20-CV-00038-MEM-EAH*
Motion For Partial Judgment on the Pleadings
Page 2