## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

**CONSTANCE ALEXANDER**, *et al.*,    :

     **Plaintiffs**     :    **CIVIL ACTION NO. 1:20-38**

     **v.**     :    **(MANNION, J.)**
                 **(HENDERSON, M.J.)**

**STEADFAST INSURANCE**     :
**COMPANY (STEADFAST)**, *et al.*,

                    :

     **Defendants**     :

## O R D E R

**UPON CONSIDERATION** of the *Joint Stipulation of Dismissal with Prejudice* as executed by Plaintiffs, Constance Alexander, Petula Alexander and Dinorah Williams and Defendant, Steadfast Insurance Company, by and through their undersigned counsel and the Court being otherwise duly satisfied in the premises,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this action and all pending claims herein are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

**MALACHY E. MANNION**
**United States District Judge**

**DATED: May 21, 2024**
20-38-04