IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CONSTANCE ALEXANDER and PETULA ALEXANDER and DINORAH WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | CASE NO. 1:20-CV-38<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, in the above-captioned case, by and through undersigned counsel, appeal to the Third Circuit Court of Appeals the following Orders of the District Court of the Virgin Islands, Division of St. Croix:

- Judgment in favor of Defendant CRC and all subsidiary orders that led to the entry of final judgment.[1] Report and Recommendation dated February 28,

---

[1] On March 18, 2024, Plaintiffs and Defendant Steadfast gave notice that they amicably settled their dispute. [Mediation Report, ECF Doc. 161]. The District Court dismissed all claims against Steadfast on May 21, 2024. [Order of Dismissal, ECF Doc. 164.]. Plaintiffs voluntarily dismissed all claims against Deep South on March 1, 2024. [Notice of Voluntary Dismissal, ECF Doc. 160.]

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.,
Case No. 1:20-00038
**NOTICE OF APPEAL**
Page 2

2023, ECF Doc. 96, attached as **Exhibit 1**; Memorandum Opinion & Order Adopting in Its Entirety dated March 31, 2023, ECF Docs. 108, 109, attached as **Exhibits 2 and 3**.

        RESPECTFULLY SUBMITTED
        LEE J. ROHN AND ASSOCIATES, LLC
        Attorneys for Plaintiffs

DATED: June 18, 2024        BY: /s/ *Rhea R. Lawrence*
        Rhea R. Lawrence, Esq.
        VI Bar No. 1192
        1108 King Street, Suite 3 (mailing)
        56 King Street, Third Floor (physical)
        Christiansted, St. Croix
        U.S. Virgin Islands 00820
        Telephone: (340) 778-8855
        rhea@rohnlaw.com
        info@rohnlaw.com

Alexander, Constance, et. al. v. Steadfast Insurance Company (Steadfast), et. al.,
Case No. 1:20-00038
**NOTICE OF APPEAL**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

David Hendrix, Esq.
Gray Robinson, P.A.
401 E. Jackson Street, Ste. 2700
Tampa, FL 33602
Email Address: david.hendrix@gray-robinson.com
Attorney For: CRC SCU f/k/a Crump Ins Services

Robert Kuczynski, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, VI 00820
Email Address: robb@BeckstedtLaw.com;
maureen@beckstedtlaw.com
Attorney For: CRC SCU f/k/a Crump Ins Services

W. Mark Wilczynski, Esq.
Law Office of W. Mark Wilczynski, P.C.
Palm Passage Suites C20-22
P.O. Box 1150
St. Thomas, VI 00804
Email Address: mwilczynski@usvilaw.com;
sanyale@usvilaw.com; justin@usvilaw.com
Attorney For: Steadfast Insurance Company (Steadfast)

BY:  /s/ Rhea R. Lawrence      (dvn)