# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **CONSTANCE ALEXANDER,** *et al.,* | : | |
| **Plaintiffs** | : | CIVIL ACTION NO. 1:20-38 |
| v. | : | (MANNION, J.) |
| | | (HENDERSON, M.J.) |
| **STEADFAST INSURANCE COMPANY (STEADFAST),** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiffs' objections to the report and recommendation of Judge Henderson **(Doc. 99)** are **OVERRULED**.

**(2)** The report and recommendation of Judge Henderson **(Doc. 96)** is **ADOPTED IN ITS ENTIRETY** as the decision of the court.

**(3)** Defendant CRC's renewed motion to dismiss for lack of personal jurisdiction **(Doc. 55)** is **GRANTED.**

**(4)** CRC is hereby **DISMISSED** from this action.

**EXHIBIT 3**

- 2 -

**(5)** The instant action is **REMANDED** to Judge Henderson for all further pre-trial matters.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 31, 2023**
20-38-02-ORDER