CONSTANCE ALEXANDER; DINORAH WILLIAMS; PETULA ALEXANDER,

Appellants

v.

STEADFAST INSURANCE COMPANY (Steadfast);
CLARENDON AMERICAN INSURANCE COMPANY (Clarendon);
DEEP SOUTH SURPLUS OF TEXAS, L.P.;
CRC SCU, formerly known as Crump Ins. Service