# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2137

Constance Alexander, et al v. Steadfast Insurance Co, et al

(U.S. District Court No.: 1-20-cv-00038)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 23, 2024
CJG/cc:   David S. Hendrix, Esq.
          Robert J. Kuczynski, Esq.
          Glenda L. Lake
          Rhea R. Lawrence, Esq.
          Veronica A. Meza, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate